JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 18-00832-CJC (KESx) Date: April 16, 2019

Title: ERROL BROWN, *ET AL*. V. INNERWORKINGS, INC., *ET AL*.

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Gabriela Garcia | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

On March 27, 2019, the Court granted Defendants' motion to dismiss Plaintiff's First Amended Complaint with fourteen days' leave to amend. (Dkt. 37.) When Plaintiff did not file an amended complaint within the allotted time, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (Dkt. 38.) On April 12, 2019, Plaintiff filed a notice of "no intent to file an amended complaint." (Dkt. 41.) Accordingly, Plaintiff's action is hereby **DISMISSED**.