# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL BROWN, Individually and on behalf of all others similarly situated.<br><br>    Plaintiff.<br><br>vs.<br>INNERWORKINGS, INC., et al.<br><br>    Defendants. | Case No.: 8:18-cv-832-CJC (KESx)<br><br>**FINAL JUDGMENT** |

This action came before the Court on Defendants' Motion to Dismiss the Amended Complaint ("Motion").  On March 27, 2019, the Court granted Defendants' motion to dismiss Plaintiff's First Amended Complaint with fourteen days' leave to amend.  Plaintiff thereafter filed a notice of "no intent to file an amended complaint."  On April 16, 2019, the Court granted Defendants' Motion and dismissed the Amended Complaint with prejudice in its entirety.

Pursuant to the Court's April 16, 2019 Order dismissing Plaintiff's claims with prejudice in their entirety, IT IS HEREBY ADJUDGED that Plaintiff's claims are all dismissed with prejudice, that Plaintiff shall take nothing, and that Defendants shall have judgment against Plaintiff on all claims.  Each party shall bear its own costs.

**IT IS SO ORDERED.**

Dated: May 23, 2019

Hon. Judge Cormac Carney
United States District Judge